**DISMISS; and Opinion Filed March 6, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01261-CR

**DONALD OZUMBA, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82145-2017**

# MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is appellant's February 26, 2019 motion to dismiss the appeal. The

motion is signed by appellant and his counsel. We grant the motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss this appeal.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

181261F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONALD OZUMBA, Appellant

No. 05-18-01261-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-82145-2017.
Opinion delivered by Justice Pedersen, III, Justices Brown and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 6th day of March, 2019.